DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 






                     NO. 12-05-00271-CR
 
IN THE COURT OF APPEALS

TWELFTH COURT OF APPEALS DISTRICT

TYLER, TEXAS


§APPEAL FROM THE 294TH


EX PARTE: JESSIE LEE BASS                      §     JUDICIAL DISTRICT COURT OF


§VAN ZANDT COUNTY, TEXAS





MEMORANDUM OPINION
PER CURIAM
            Appellant has filed a motion to withdraw his notice of appeal. The motion is signed by
Appellant and his counsel. No decision having been delivered by this Court, the motion is granted,
and the appeal is dismissed in accordance with Texas Rule of Appellate Procedure 42.2.
Opinion delivered December 30, 2005.
Panel consisted of Worthen, C.J., Griffith, J., and DeVasto, J.




(DO NOT PUBLISH)